Name __John Melnik__

Address _____

Prison Number __30576__

FILED ___
ENTERED ___
✓ RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 18 2016
copy 1 fnd

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ KWR DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

__John Melnik__,
                              Plaintiff,

        vs.

__DIRECTOR JAMES DZURENDA__,

__WARDEN DWIGHT NEVEN__,

__SGT. JAY BARTH__,

__C/O JASON SATTERLY__,

__S C/O ANTHONY WARREN__,
__STACEY BARRETT__
                              Defendant(s).

)
)
)
)
)  CASE NO. _  3:16-cv-00670
)       (To be su
)
)
)  CIVIL RIGHTS COMPLAINT
)       PURSUANT TO
)      42 U.S.C. § 1983
)
)  __Jury Trial Demanded__
)
)

## A. JURISDICTION

1)  This complaint alleges that the civil rights of Plaintiff, __John Melnik #30576__,
                                                        (print Plaintiff's name)

who presently resides at __Ely State Prison P.O. Box 1989 Ely, NV 89301__ were
                          (mailing address or place of confinement)

violated by the actions of the below named individuals which were directed against

Plaintiff at __High Desert State Prison (HDSP)__ on the following dates
              (institution/city where violation occurred)

__12-10-14__, _____, and _____.
(Count I)              (Count II)                    (Count III)

**Make a copy of this page to provide the below**
**information if you are naming more that five (5) defendants**

2)   Defendant _James Dzurenda_   resides at _P.O. Box 7011, Carson City, NV, 89701_
     (full name of first defendant)                (address of first defendant)

and is employed as _Director of Prisons_ . This defendant is sued in his/her
                   (defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: _As Director of Prisons by answering Level_
_Two grievances._

3)   Defendant _Dwight Neven_   resides at _High Desert State Prison_ ,
     (full name of first defendant)                (address of first defendant)

and is employed as _Warden_ . This defendant is sued in his/her
                   (defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: _By Answering Plaintiffs Level One_
_Greivance._

4)   Defendant _Sgt. Joy Barth_   resides at _High Desert State Prison_
     (full name of first defendant)                (address of first defendant)

and is employed as _Disciplinar Scargeant_ . This defendant is sued in his/her
                   (defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: _By performing His Duties as Disciplinary_
_Hearing Officer_

5)   Defendant _S/O Anthony Warren_   resides at _High Desert State Prison_
     (full name of first defendant)                (address of first defendant)

and is employed as _Senior Correctional Officer_ This defendant is sued in his/her
                   (defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was

acting under color of law: _By performing His Duties as Preliminary_
_Hearing Officer_

§1983-Form
eff. 1/97                                        2

**Make a copy of this page to provide the below**
**information if you are naming more that five (5) defendants**

5) 2) Defendant _Jason Satterly_ resides at _HIGH DESERT STATE PRISON_
      (full name of first defendant)        (address of first defendant)

and is employed as _CERT / INVESTIGATOR_.  This defendant is sued in his/her
      (defendant's position and title, if any)

X individual X official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _By performing his duties as CERT and_
_Prison Investigator_

6) 3) Defendant _STACEY BARRETT_ resides at _HIGH DESERT STATE PRISON_
      (full name of first defendant)        (address of first defendant)

and is employed as _CASEWORKER/GREIVANCE DESIGNEE_.  This defendant is sued in his/her
      (defendant's position and title, if any)

X individual X official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: _By performing her duties as a CASEWORKER AND_
_GREIVANCE COORDINATOR'S designee_

4) Defendant _____ resides at _____
      (full name of first defendant)        (address of first defendant)

and is employed as _____.  This defendant is sued in his/her
      (defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: _____
_____

5) Defendant _____ resides at _____
      (full name of first defendant)        (address of first defendant)

and is employed as _____.  This defendant is sued in his/her
      (defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: _____
_____

§1983-Form
eff. 8/96

(2) A

6) Defendent_____resides at _____,
          (full name of first defendent)      (address if first defendent)
and is employed as_____. This defendent is sued in his/her
          (defenuent's position and title, if any)
___individual ___official capacity. (Check one or both). Explain how this
defendent was acting

under color of law:_____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and

42 U.S.C.§ 1983.If you wish to assert jurisdiction under different or

additional statutes, list them below.

28 U.S.C. § 242, NRS 41.0322._____

_____

-----------------------------------

## B. NATURE OF THE CASE

1)  Briefly state the background of your case.

Plaintiff brings this action due to the denial of evidence at his Disciplinary hearing. Plaintiff requested, both verbally and by written request (kite), for this evidence. During both the Preliminary and Disciplinary hearings, Plaintiff requested a copy of the evidence from both Defendants Sgt. Barth and S% Warren. Both Defendants told Plaintiff he needed to contact CERT C/o Satterly, and that they would do likewise.

     In the Greivance process, Plaintiff has recieved two different responses in the Informal and Level I. Level II response is at the filing of this action 90 days overdue.

-----------------------------------

## C. CAUSE OF ACTION

(3)

6) Defendant ~~JaSON SatterLy~~ resides at ~~HIGH DeSeRT STATE PrisoN~~.
      (full name of first defendant)                    (address if first defendant)
and is employed as ~~CERT / INVESTIGATOR~~ . This defendant is sued in his/her
      (defendant's position and title, if any)
      ✗ individual  ✗ official capacity. (Check one or both).  Explain how this defendant was acting

under color of law: By performing his duties AS CERT and PRISON INVESTIGATOR

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

In the informal and level II I responses, Defendants Barrett, and Neven, while admitting the denial of this evidence, both giving different responses, both misinterpreting A.R. 707 which governs Disciplinary.

Due to the actions of Defendants, Plaintiff recieved two eighteen month Disciplinary Segregation sanctions, which continues to this day, transferred to Maximum Security and due to the Disciplinary, Plaintiff was given a two year dump at Parole.

To date Defendant Drilanda has not answered Plaintiffs level II Grievance. To date inmate is still serving the Disciplinary "hole" time.

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

(3) A.

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: 14th Amendment of The United States Constitution which protects Due Process

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On December 10, 2014 Plaintiff, while house at HIGH DESERT STATE PRISON (HDSP), was taken to Administrative Segregation (Ad. Seg), and placed under investigation, due to drugs entering the institution in two (2) envelopes via institutional mail, allegedly addressed to Plaintiff.

On January 29, 2015 Plaintiff was served with two (2) Notice of Charges (NOC's). Plaintiff was charged with MJ 31 "Unauthorized use of equipment and mail" and MJ53 " " Possession/Sale of Intoxicants". These NOC's were read and served by Defendant Senior Correctional Officer (SCO) Anthony Warren, with Defendant Seargent (Sgt.) Jay Barth in attendance, supervising. After the reading of the NOC's, Plaintiff requested a photo copy of both envelopes, front and back. Both Defendants said they would "see what they could do".

On January 29, 2015, Plaintiff "Kited" Defendant Sgt. Barth requesting a copy of the evidence (envelopes), front and back. Plaintiff never recieved a reply.

On Febuary 10, 2015, Plaintiff was taken to his Disciplinary Hearing (Disc). Defendant Sgt. Barth was the Hearing Officer. Plaintiff again requested copies of the envelopes, front and.

1   back. Plaintiff informed Sgt. Barth that A.R. 707.e.2 states:

2   "In addition to the Notice of Charges,

3   the inmate <u>shall</u> recieve copies of any

4   evidentiary documents, which the Hearing

5   Officer considers, except in cases where non-

6   disclosure has been approved under the "Con-

7   fidental Information" provision of this code".

8   As the envelopes were addressed to Plaintiff, and no "confid-

9   ential Information/Informant was indicated concerning the

10  envelopes, Defendant Barth directed Plaintiff to contact

11  Defendant Correcctional Officer (C/o) Jason Satterly, CERT,

12  Institutional Investigator, so that Plaintiff could use

13  the evidence in an appeal.

14      Plaintiff was found guilty of two counts of MJ 31

15  Unauthorized Use of Equipment or Mail, and sanctioned to

16  two (2) Eighteen months Disciplinary Segregation (Disc.

17  Seg.) sentences.

18      On Febuary 10, 2015, Plaintiff Submitted a "Kite" to Def-

19  endant C/o Satterly requesting the evidence that Plaintiff

20  required, i.e. Photocopies of the envelopes, front and back

21      Sometime in the next few days, Defendant Satterly

22  interviewed Plaintiff, during the interview, Plaintiff requested

23  a copy of the envelopes, front and back. Defendant Satterly

24  informed Plaintiff that he, Satterly, had to ask for app-

25  roval to remove the evidence from the evidence vault.

26  Plaintiff never recieved a reply.

27      Between the interview with Defendant Satterly and

28  March 19, 2015, Plaintiff asked unit 4 A/B Caseworker Def-

4-A

1 endant Stacey Barrett, if she could contact Defendant
2 Satterly on multiple occassions, concerning copies of the
3 envelopes. Finally on March 19, 2015, Plaintiff again
4 sent a written request to Defendant Satterly that he
5 needed copies of the two (2) envelopes.

6    Between March 19, 2015 and March 31, 2015, Plaintiff
7 again spoke to Defendant Barrett to seek her assistance
8 in getting copies of the envelopes. On March 31, 2015, Def-
9 endant Barrett informed Plaintiff that once the evidence
10 enters the evidence vault that it cannot be removed per
11 Defendant Satterly. At this time, Plaintiff showed Defend-
12 and Barrett A.R. 707, e. 2. After reading it, Defendant
13 Barrett replied she would check into it. The response that
14 Plaintiff recieved was being informed by Defendant Barr-
15 ett that Plaintiff would be transferred to Ely State
16 Prison (E.S.P.).

17    On March 31, 2015, Plaintiff filed an informal grievance
18 concerning the evidence.

19    On March 12, 2015, Plaintiff filed his disciplinary
20 appeals, both were denied April 23, 2015.

21    On April 29, 2015, Plaintiff was transferred to E.S.P. and
22 placed in Disciplinary Segregation.

23 On April 30, 2015, Plaintiff recieved the Response/Denial for
24 the Informal Grievance, answered by Defendant Barr-
25 ett. In this response Defendant Barrett says the reason
26 Plaintiff was denied the requested evidence was based
27 upon Operational Procedure (O.P.) 414.02, stating: "CERT
28 will be responsible for evidence preservation and storage".

4 (B)

1 Also, Plaintiff Barrett stated erroneously that A.R.707.11
2 states inmates are not entitled to evidence found by NDOC
3 Staff. A.R. 707.e.2 clearly says inmates are (see page
4 4-A, lines 2-7).
5     May 23, 2016, Plaintiff filed 1st Level Grievance, pointing
6 out that O.P. 414 has absolutely nothing to do with A.R.
7 707 which governs the Disciplinary Process, the evidence
8 used and the evidence to be provided to inmates during the
9 disciplinary process.
10    August 4, 2016, Plaintiff recieved response to the 1st level
11 Grievance, answered by Defendant Dwight Neven, Warden
12 at High Desert State Prison, the Response/Denial stated the
13 reason Plaintiff was denied the evidence he requested
14 was due to the Confidential Informant Clause per A.R.
15 711.9.
16    On August 4, 2015, Plaintiff filed a Second Level Grievance
17 showing that the Confidential Informant Clause per A.R.
18 711.9 did not apply in this case because the envelopes
19 had been addressed to Plaintiff and the return
20 address and name of returnee were included in the
21 NOC's. No Response has been recieved.
22     In Conclusion, Plaintiff's Due Process was, and con-
23 tinues to be violated by the N.DO.C. The NDOC's policy
24 on disciplinaries are very clear about the evidence
25 used against inmates are to be provided to them as
26 long as that evidence does not violate saftey and sec-
27 urity of the institution, or Confidentiality. In this
28 case, there is no violation, the documents should

4-C

1   be provided according to NDOC policy.
2       At each level of the Grievance procedure, the Def-
3   endants have used a different excuse why Plaintiff
4   was denied this evidence, none of them valid.
5       To this date Defendant James Dzurenda, the
6   Director of the N.D.O.C. has not responded to the
7   2nd Level Grievance despite there being a clear
8   Violation of Plaintiffs Due Process in this matter.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4-D

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? X Yes ___ No.  If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

   a)  Defendants: State of Nevada

   b)  Name of court and docket number: HC 1570006 7th Judicial

   c)  Disposition (for example, was the case dismissed, appealed or is it still pending?): Dismissed

   d)  Issues raised: Petitioner Filed Habeas Corpus due to Due Process being violated at Disciplinary Hearing

   e)  Approximate date it was filed: 7-7-15

   f)  Approximate date of disposition: _____

2)  Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___Yes X No.  If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

   Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

   a)  Defendants: N/A

   b)  Name of court and case number: N/A

   c)  The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

   d)  Issues raised: N/A

   e)  Approximate date it was filed: N/A

   f)  Approximate date of disposition: N/A

   Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

   a)  Defendants: N/A

b)    Name of court and case number: _____ N/A _____.

c)    The case was dismissed because it was found to be  (check one): ____ frivolous

        ____ malicious  or  ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____ N/A _____

_____

e)    Approximate date it was filed: _____ N/A _____

f)    Approximate date of disposition: _____ N/A _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____ N/A _____

b)    Name of court and case number: _____ N/A _____.

c)    The case was dismissed because it was found to be  (check one): ____ frivolous

        ____ malicious  or  ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____ N/A _____

_____

e)    Approximate date it was filed: _____ N/A _____

f)    Approximate date of disposition: _____ N/A _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? __X__ Yes  ____ No.  If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a:  (1) ___ disciplinary hearing;  (2) ____ state or federal court decision;  (3) ___ state or federal law or regulation;  (4) __ parole board decision;  or  (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number 2006300217

Date and institution where grievance was filed 3·31·15  HIGH DESERT STATE PRISON

Response to grievance: INFORMAL GRIEVANCE - DENIED

1st LEVEL - DENIED.  2ND LEVEL  DIRECTOR  JAMES DZURENDA REFUSES TO ANSWER

_____

------------------------------------------------

## COUNT II

The following civil right has been violated: _____

_____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

§1983-Form
eff. 1/97                                    5

## COUNT III

The following civil right has been violated: _____

_____

_____

    Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-------------------------------------------------

§1983-Form
eff. 1/97

6

## E.  REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

COMPENSATORY DAMAGES OF $100,000.00 FOR THE DUE
PROCESS VIOLATION WITH AN ADDITIONAL $100.00 A
DAY THAT PLAINTIFF HAS BEEN UNDER DISCIPLINARY
SEGREGATION TIME.

I understand that a false statement or answer to any question in this complaint will subject me
to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND
CORRECT.** See  28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of person who prepared or helped
 prepare this complaint if not Plaintiff )

(Signature of Plaintiff)

November 15, 2016
(Date)

------------------------------------------------
(Additional space if needed; identify what is being continued)

<u>CERTIFICATE OF SERVICE BY MAILING</u>

I, John Melnik, hereby certify, pursuant to NRAP 5(b) that on this ___15___ day of ___November___ 2016, I mailed a true and correct copy of the foregoing <u>Civil Rights Complaint Pursuant to 42 USC § 1983</u> by mailing to:

Adam Laxat
NEVADA Attorney General
100 N. Carson St.
Carson City, NV 89701

Dated ___15___ day of ___November___ 2016

John Melnik
Plaintiff