ADAM PAUL LAXALT
  Nevada Attorney General
ERIN L. ALBRIGHT #9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1257
E-mail: *ealbright@ag.nv.gov*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

John Melnik,

          Plaintiff,

vs.

James Dzurenda, et al.,

          Defendants.

Case No.  3;16-cv-00670-MMD-VPC

**LIMITED NOTICE OF APPEARANCE**

     Pursuant to the Court's Order (ECF No. 4), Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, appear for the limited purpose of settlement discussions only on behalf of Defendants, Stacy Barret, Jay Barth, James, Dzurenda, Dwight Neven, Jason Satterly and Anthony Warren.

     Attorney General Adam Paul Laxalt should be removed from the CMECF notices on this case.

     DATED this 25th day of October 2017.

                        ADAM PAUL LAXALT
                        Attorney General

                        By: _____
                            ERIN L. ALBRIGHT
                            Deputy Attorney General
                            Bureau of Litigation
                            Public Safety Division

                            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of October 2017, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **LIMITED NOTICE OF APPEARANCE**, to the following:

JOHN MELNIK #30576
ELY STATE PRISON
P O BOX 1989
ELY NV 89301

_____
An employee of the
Office of the Attorney General