ADAM PAUL LAXALT
  Nevada Attorney General
ERIN L. ALBRIGHT #9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: *ealbright@ag.nv.gov*

*Attorneys for Defendants*
*Stacy Barret, Jay Barth,*
*James Dzurenda, Dwight Neven,*
*Jason Satterly and Anthony Warrent*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| John Melnik, <br><br> Plaintiff, <br><br> vs. <br><br> James Dzurenda, et al., <br><br> Defendants. | Case No. 3;16-cv-00670-MMD-VPC <br><br> **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPORT OF 90-DAY STAY** <br><br> **(FIRST REQUEST)** |

Defendants, Stacy Barret, Jay Barth, James Dzurenda, Dwight Neven, Jason Satterly and Anthony Warrent, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby hereby move this Court for an enlargement of time for Defendants to file their ninety (90) day stay report.

This motion is made pursuant to FED. R. CIV. P. 6(b)(1)(A) and is based upon the following Memorandum of Points and Authorities and all other papers and pleadings on file herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.   NATURE OF MOTION**

Defendants hereby move for this enlargement of time due to the fact that an Early Mediation Conference is currently scheduled for January 23, 2018 at 2:30 p.m. (ECF No. 7 at 1).

///

## II. BRIEF STATEMENT OF THE CASE

This is a prison civil rights action brought by Plaintiff, John Melnik ("Inmate Melnik"), asserting a claim for relief under 42 U.S.C. § 1983, and the Fourteenth Amendment to the U.S. Constitution. (ECF No. 4 at 7). This Court screened Inmate Melnik's complaint on October 4, 2017 and placed this matter into a ninety (90) day stay. (*Id.*) The Office of the Attorney General is to file a report regarding the results of the ninety (90) day stay on January 2, 2018. *Id.* An Early Mediation Conference ("EMC") is currently scheduled for January 23, 2018 at 2:30 p.m. (ECF No. 7 at 1).

## III. LEGAL AUTHORITY

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the court may, for good cause, extend the time in which an act must be done if a request is made before the original time or its extension expires. The proper procedure, when additional time for any purpose is needed, is to present the request for extension of time before the expiration of the time for the brief to be filed. Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule.

## IV. DISCUSSION

Defendants submit that the facts and the argument contained herein constitute good cause to enlarge the time for the filing of the ninety (90) day stay report. The intent of the ninety (90) day stay is to permit the parties an opportunity to discuss settlement and to defer the assessment of the $350.00 filing fee until the conclusion of those communications. (ECF No. 4 at 7). Here, the EMC is scheduled for January 23, 2018. To impose the assessment of the $350.00 filing fee before the EMC would circumvent the intent of the stay and diminish the positions of the parties and their attempt so reach settlement. Therefore, Defendants assert that good cause exists to extend the stay in this matter until after the EMC.

///
///
///
///
///

## V. CONCLUSION

Based on the foregoing, Defendants respectfully request this Court grant their Motion for Extension of Time to File Report of the 90-Day Stay.

DATED this 20th day of December 2017.

    ADAM PAUL LAXALT
    Attorney General

    By: _____
    ERIN L. ALBRIGHT
    Deputy Attorney General
    Bureau of Litigation
    Public Safety Division

    *Attorneys for Defendant*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: December 27, 2017

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of December 2017, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPORT OF 90-DAY STAY (FIRST REQUEST)**, to the following:

JOHN MELNIK #30576
HIGH DESERT STATE PRISON
P O BOX 650
INDIAN SPRINGS NV 89070

_/s/ Kat Howe_
An employee of the
Office of the Attorney General