ADAM PAUL LAXALT
  Nevada Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: *ealbright@ag.nv.gov*

*Attorneys for Defendants*
*Stacy Barret, Jay Barth, James Dzurenda,*
*Dwight Neven, Jason Satterly and*
*Anthony Warren*



FILED / ENTERED    RECEIVED / SERVED ON
COUNSEL / PARTIES OF RECORD

JAN 16 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

John Melnik,

    Plaintiff,

vs.

James Dzurenda, et al.,

    Defendants.

Case No. 3;16-cv-00670-MMD-VPC

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE CONFIDENTIAL EARLY MEDIATION STATEMENT**
**(FIRST REQUEST)**

Defendants, Stacy Barret, Jay Barth, James Dzurenda, Dwight Neven, Jason Satterly and Anthony Warren, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby move this court for an enlargement of time to file their Confidential Early Mediation Statement.

This motion is based on the following Memorandum of Points and Authorities and the papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  NATURE OF MOTION**

Defendants hereby move for an enlargement of time to file their Confidential Early Mediation Statement. Defendants request the time to file their Confidential Early Mediation Statement be enlarged to Wednesday, January 17, 2018 at 4:00 p.m.

## II. BRIEF STATEMENT OF THE CASE

This is a prison civil rights action brought by Plaintiff, John Melnik ("Inmate Melnik"), asserting a claim for relief under 42 U.S.C. § 1983, and the Fourteenth Amendment to the U.S. Constitution. (ECF No. 4 at 7). This Court screened Inmate Melnik's complaint on October 4, 2017 and placed this matter into a ninety (90) day stay. *Id.* The Office of the Attorney General is to file a report regarding the results of the ninety (90) day stay on January 2, 2018. *Id.* An Early Mediation Conference ("EMC") is currently scheduled for January 23, 2018 at 2:30 p.m. (ECF No. 7 at 1).

## III. LEGAL AUTHORITY

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the court may, for good cause, extend the time in which an act must be done if a request is made before the original time or its extension expires. The proper procedure, when additional time for any purpose is needed, is to present the request for extension of time before the expiration of the time for the brief to be filed. Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule.

## IV. DISCUSSION

Here, the time to file the Confidential Early Mediation Statement has not expired. Defendants submit that the facts and the argument contained herein constitute good cause to enlarge the time for filing the mediation statement to January 17, 2018 at 4:00 p.m. The undersigned had a family emergency that required her to leave work on Thursday, January 11, 2018. The family emergency prevented the undersigned from finalizing Defendants' Confidential Early Mediation Statement from January 11, 2018 through January 15, 2018. Due to the family emergency experienced by the undersigned, Defendants respectfully request this Court enlarge the time to file their Confidential Early Mediation Statement to January 17, 2018 at 4:00 p.m.

///
///
///
///
///

## V. CONCLUSION

Based on the foregoing, Defendants respectfully request this Court enlarge the time to file their Confidential Early Mediation Statement to January 17, 2018 at 4:00 p.m.

DATED this 16th day of January, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ERIN L. ALBRIGHT
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: January 16, 2018

3

...

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 16th day of January, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE CONFIDENTIAL EARLY MEDIATION STATEMENT (FIRST REQUEST)**, to the following:

JOHN MELNIK #30576
HIGH DESERT STATE PRISON
P O BOX 650
INDIAN SPRINGS NV 89070

An employee of the
Office of the Attorney General