# EXHIBIT A

## Notice of Charges

# EXHIBIT A



# State of Nevada
# Department of Corrections
## *DISCIPLINARY FORM I*
## *NOTICE OF CHARGES*

| INMATE INFORMATION | VIOLATION INFORMATION |
|---|---|
| **INMATE NAME:** MELNIK, JOHN 30576 | **CHARGING EMPLOYEE:** C/O Solano |
| **CURRENT LOCATION:** HDSP-U4-B-33-A; : ;PVN | **DATE OF INCIDENT:** 12/10/2014 |
| **OIC#:** 3B3030 | **DATE CHARGES WRITTEN:** 12/10/2014 |

### CHARGES AND EVIDENCE

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ31 | Unauthorized use equipment or mail | Letter mailed to inmate Melnik containing Methamphetamine | vault |
| MJ53 | Poss. / Sale of Intoxicants | Letter mailed to inmate Melnik containing Methamphetamine | vault |

### REPORT OF VIOLATION

On November 10th, 2014 at approximately 1200 hours, I Officer K. Solano member of C.E.R.T. retrieved a kite from the C.E.R.T. mail box from an anonymous source which stated that an inmate by the nickname of, "Sad Boy" housed in, "8 D" was inappropriately utilizing U.S. Postal Service system to introduce, "Methamphetamine" into High Desert State Prison. Sad Boy was later identified as Inmate Melnik, John NDOC #30576 housed in protective segregation housing unit 8D.

On November 15Th, 2014 inmate Melnik, John was placed on the Nevada Department of Corrections mail monitor system to further investigate this matter which was approved by Associate Warden B. Stroud.

On December 10th, 2014, at approximately 0800 hours, I Officer K. Solano assigned to the Correctional Emergency Response Team (C.E.R.T.) at High Desert State Prison opened a letter that was addressed to, "HDSP John Melnik ID 30576 PO Box 650 Indian Springs, NV 89070" from a, "Boo Saunders 3115 Haddock N. Las Vegas, NV 89030". The envelope contained a five page document labeled, "Notice of Privacy Practices for Golden Home Health Nevda". Upon further inspection of the contents, it was discovered that page three contained a pouch, taped from all sides, clearly indicating that it contained something. At this time, C.E.R.T. Officer S. Horlacher began to video tape the procedure. The pouch was then unsecured by removing the tape, which then revealed a clear plastic bag, approximately six inches in length, containing a white fine-grained powdery substance. At this time officer S. Horlacher and I conducted a Narcotics Identification System (NIK) to positively identify the powdery substance; officer Horlacher NIK certified as of April of 2012 and I as of June of 2014. I began the NIK testing process by utilizing Marquis Reagent A test pouch, which resulted positive for Amphetamines. A secondary test was also performed by using Marquis Reagent U test pouch, which resulted positive for Methamphetamine. A total of two grams was recovered. The whole process was videotaped, and photographs were also taken, all evidence was inventoried, and placed in the vault. Inmate Melnik was placed in Administrative segregation pending charges. End of Report

| CHARGING EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| | |

| SERVICE OF NOTICE OF CHARGES | DISTRIBUTION |
|---|---|
| **DATE OF SERVICE:** _____ **TIME OF SERVICE:** _____ | Primary Hearing Officer (Original) |
| **PRINTED NAME OF HEARING OFFICER** _____ | Charging employee (Copy) |
| **SIGNATURE OF HEARING OFFICER** _____ | |
| **SIGNATURE OF INMATE** _____ | Inmate (Copy) |

MELNIK 670: Def. MSJ Exh. A - 001



**State of Nevada**
**Department of Corrections**
*DISCIPLINARY FORM I*
*NOTICE OF CHARGES*

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

MELNIK 670: Def. MSJ Exh. A - 002



# State of Nevada
# Department of Corrections

### DISCIPLINARY FORM II
### SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: MELNIK, JOHN 30576 | DATE OF HEARING: 01/29/2015  TIME OF HEARING: 10:54 am |
| CURRENT LOCATION: HDSP-U4-B-33-A; ; ;PVN | NAME OF HEARING OFFICER: WARREN, ANTHONY |
| OIC#: 383030 | DATE OF SERVICE OF NOTICE OF CHARGES: 12/10/2014 |

**IF LATE, PROVIDE EXPLANATION OF EXCEPTIONAL CIRCUMSTANCE**

WORKLOAD

**CHARGES**

| Chrg | Description | Plea |
|---|---|---|
| MJ31 | Unauthorized use equipment or mail | Not Guilty |
| MJ53 | Poss. / Sale of Intoxicants | Not Guilty |

**PRELIMINARY STATEMENT OF OFFENDER**

NO STATEMENT AT THIS TIME

**PRELIMINARY INSTITUTION PRESENTATION**

**PRELIMINARY HEARING OFFICER ACTION**

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ31 | Unauthorized use equipment or mail | MJ31 | Unauthorized use equipment or mail | Refer to Disciplinary Hearing |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Refer to Disciplinary Hearing |

**RESULTS OF INFORMAL SUMMARY HEARING**

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|

**EVIDENCE RELIED ON FOR PRELIMINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 01/29/2015 | SCO WARREN | OFFICER REPORT, VIDEO TAPE, EVIDENCE THAT IS CONTAINED IN THE EVIDENCE VAULT. INMATE STATEMENT |

**ADVISEMENT TO DISCIPLINARY COMMITTEE**

Counsel Substitute Requested: ☐    Name of Counsel Substitute: N

**WITNESS INFORMATION**

| Name | NDOC/ID# | Decision | Reason | Date |
|---|---|---|---|---|

Report Name: NVRSID
Reference Name: NOTIS-RPT-OR-0062.8
Run Date: FEB-25-15 03:48 PM

Page 1 of 2

MELNIK 670: Def. MSJ Exh. A - 003



# State of Nevada
# Department of Corrections

### DISCIPLINARY FORM II
### SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME:   MELNIK, JOHN 30576 | DATE OF HEARING: 01/29/2015    TIME OF HEARING:  10:54 am |
| CURRENT LOCATION:        HDSP-U4-B-33-A; : ;PVN | NAME OF HEARING OFFICER:  WARREN, ANTHONY |
| OIC#:   383030 | DATE OF SERVICE OF NOTICE OF CHARGES:   12/10/2014 |

| SIGNATURES AND RECEIPT | DISTRIBUTION |
|---|---|

**DATE OF SERVICE:** _____ **TIME OF SERVICE:** _____    Primary Hearing Officer (Original)

**PRINTED NAME OF HEARING OFFICER**_____    Charging employee (Copy)

**SIGNATURE OF HEARING OFFICER** _____

**SIGNATURE OF INMATE** _____    Inmate (Copy)

(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

MELNIK 670: Def. MSJ Exh. A - 004



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|

INMATE NAME: MELNIK, JOHN 30576

CURRENT LOCATION:    HDSP-U4-B-33-A; ; ;PVN

LOCATION OF INCIDENT: HIGH DESERT STATE PRISON
                                        Operations Offi

OIC#:   383030

DATE OF HEARING: 02/10/2015    TIME OF HEARING:  09:43 am

NAME OF HEARING OFFICER: BARTH, JAY

DATE OF SERVICE OF NOTICE OF CHARGES:    12/10/2014

CHARGING EMPLOYEE:  HORLACHER, SEAN

| CHARGES AND PLEAS | | ADDITIONAL HEARING INFORMATION |
|---|---|---|

| Chrg | Description | Plea |
|---|---|---|
| MJ31 | Unauthorized use equipment or mail | Not Guilty |
| MJ53 | Poss. / Sale of intoxicants | Not Guilty |

Counsel Substitute Requested:    [ ]

Name of Counsel
Substitute:

Proceeding Recorded:    [X]

Stat Forfeiture Possible:    [X]

Potential Category:    [ ]

Offender Cautioned Regarding Possible
Criminal Charges and Right to Remain Silent:    [X]

| WITNESS INFORMATION | | | | | |
|---|---|---|---|---|---|
| Name | | NDOC/ID# | Decision | Reason | Table |

| CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH 'A'&'B' MUST BE YES; TO RELY ON CI) |
|---|

A   CI RELIABLE:    [ ]        CHECK AT LEAST ONE BOX BELOW

   [ ]   INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL INFORMATION IN HIS REPORT.

   [ ]   CORROBORATING TESTIMONY

   [ ]   DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST

   [ ]   IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE

B   STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI    [ ]

| DISCIPLINARY STATEMENT OF OFFENDER |
|---|

I WAS SET UP BY THE ARYAN WARRIOR, I RECEIVED THAT ADDRESS FROM ANOTHER INMATE. I BELIEVE THAT BECAUSE I REFUSED TO PARTAKE IN THERE ILLEGAL ACTIVITIES THAT THEY ARE SETTING ME UP.

| INSTITUTION PRESENTATION |
|---|

| EVIDENCE RELIED ON FOR DISCIPLINARY HEARING |
|---|

| Date | UserName | Statement |
|---|---|---|
| 02/10/2015 | SGT BARTH | OFFICER REPORT, VIDEO OF THE TEST,EVIDENCE THAT IS HELD IN EVIDENCE VAULT, AND INMATE STATEMENT. |

Report Name: NVRSDH
Reference Name: NOTIS-RPT-OR-0066.9
Run Date:   FEB-10-15 10:47 AM

Page 1 of 3

MELNIK 670: Def. MSJ Exh. A - 005



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: MELNIK, JOHN 30576 | DATE OF HEARING: 02/10/2015    TIME OF HEARING: 09:43 am |
| CURRENT LOCATION:   HDSP-U4-B-33-A; ; ;PVN | NAME OF HEARING OFFICER:  BARTH, JAY |
| LOCATION OF INCIDENT:   HIGH DESERT STATE PRISON | DATE OF SERVICE OF NOTICE OF CHARGES:    12/10/2014 |
|                    Operations Offi | CHARGING EMPLOYEE:  HORLACHER, SEAN |
| OIC#:  383030 | |

### DISCIPLINARY HEARING ACTION

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ31 | Unauthorized use equipment or mall | MJ31 | Unauthorized use equipment or mall | Guilty |
| MJ31 | Unauthorized use equipment or mall | MJ31 | Unauthorized use equipment or mall | Refer to Disciplinary Hearing |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Not Guilty |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Refer to Disciplinary Hearing |

### RESULTS OF DISCIPLINARY HEARING

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest/Act | Penalty/Comment |
|---|---|---|---|---|---|---|---|---|
| 34 | REST | | | 02/10/2015 | | | ALL_REST | Your account will be frozen until the amount is determined and posted |
| 35 | DS | | 18 | 02/10/2015 | 08/10/2016 | | | |
| 36 | STAT_REF | | | 02/10/2015 | | | | STAT A |
| 40 | AG_REF | | | 02/10/2015 | | | | |

### ANCILLARY INFORMATION AND INSTRUCTIONS

[X]   STAT FORFEITURE REFERRAL

[ ]   RECOMMENDED CATEGORY

[X]   POST DISCIPLINARY CLASSIFICATION

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Stat forfeiture possible? | Yes |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | Yes |
| Recommended Category? | Cat A |
| Potential Category? | CAT A |

MELNIK 670: Def. MSJ Exh. A - 006



# State of Nevada
# Department of Corrections

### DISCIPLINARY FORM III
### SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|

INMATE NAME: MELNIK, JOHN 30576

CURRENT LOCATION:    HDSP-U4-B-33-A; ; ;PVN

LOCATION OF INCIDENT:    HIGH DESERT STATE PRISON
                         Operations Offi

OIC#:   383030

DATE OF HEARING: 02/10/2015    TIME OF HEARING:  09:43 am

NAME OF HEARING OFFICER:  BARTH, JAY

DATE OF SERVICE OF NOTICE OF CHARGES:    12/10/2014

CHARGING EMPLOYEE:  HORLACHER, SEAN

| | |
|---|---|
| Cautioned for Possible Criminal Charges? | Yes |
| Reminded of Right to Remain Silent? | Yes |
| Corroboration Testimony for CI Info? | No |
| Does Investigator Validate CI? | No |
| Does Chair Validate CI Source? | No |
| Are CI Documents Reliable? | No |
| Does Safety Prevent Disclosure of CI? | No |
| Was CI Info Accepted? | No |
| Parole Board Referal? | Yes |
| Post Disciplinary Classification? | Yes |
| Director Review Required? | Yes |
| Does the offender want a witness | Was asked and does not want a witness |

| SIGNATURES AND RECEIPT | DISTRIBUTION |
|---|---|

DATE OF SERVICE: 2/10/2015    TIME OF SERVICE: 0943

PRINTED NAME OF HEARING OFFICER    Sgt Barth

SIGNATURE OF HEARING OFFICER _____

SIGNATURE OF INMATE _____
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

WARDEN/DESIGNEE _____

I-FILE (Original)

Inmate Services (Copy)

Inmate (Copy)

Report Name: NVRSDH
Reference Name: NOTIS-RPT-OR-0066.9
Run Date:   FEB-10-15 10:47 AM

Page 3 of 3

MELNIK 670: Def. MSJ Exh. A - 007



MELNIK 670: Def. MSJ Exh. A - 008



MELNIK 670: Def. MSJ Exh. A - 009



MELNIK 670: Def. MSJ Exh. A - 010



MELNIK 670: Def. MSJ Exh. A - 011



MELNIK 670: Def. MSJ Exh. A - 012





I. In the Event of A Serious Threat to Health or Safety. W... ...th applicable law and ethical standards or conduct, use or disclose your ... ...we believe, in good faith, that such use or disclose is necessary to prevent ... ...threat to your health and safety or to the health and safety of the pub...

J. For Specified Government Functions. In cert... provider to use or disclose your Prote... relating to mi...

I. In the Event of A Serious Threat to Health or Safety. We may, consistent with applicable law and ethical standards or conduct, use or disclose your Protected Health Information, if we believe, in good faith, that such use or disclose is necessary to prevent or lessen a serious and imminent threat to your health and safety or to the health and safety of the public.

J. For Specified Government Functions. In certain circumstances, the Federal regulations authorize the provider to use or disclose your Protected Health Information to facilitate specified government functions relating to military and veterans activities, national security and intelligence activities, protective services to the President and others, medical suitability determinations, correctional institutions, and law enforcement custodial situations.

We may disclose your Protected Health Information to your family member or a close personal friend if it is directly relevant to the person's involvement in your care of payment related to your care. We can also disclose your Protected Health Information in connection with trying to locate or notify family members or others involved in your care concerning your location, condition, or death.

You may object to these disclosures. If you do not object or we determine, in the exercise of professional judgment, that it is in your best interests for us to make a disclosure of information that is directly relevant to the person's involvement with your care, we may disclose your protected health information as described.

4. Uses and Disclosures Which You Authorize

*For other types of uses and/or disclosures of Protected Health Information, the law requires us to obtain what is known as an Authorization.*

*You may revoke an Authorization at any time, as long as we have not already reasonable relied on it to make a particular use and/or disclosure.*

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## ODV FIELD TESTS FOR METHAMPHETAMINE
### CHECKLISTS AND RESULTS

| | |
|---|---|
| Name: Melnik, John | Event #: 12-HDSP-2014-003168 |
| P#: 30576  Date: 12/12/14 | Pkg #: B000072605  Item #: 1 |
| Examiner: S/o D Mumpower | P #: 45108  Date Certified: 4/2012 |

**EXAMINER SHALL READ, PERFORM, AND CHECK EACH APPLICABLE STEP**

WEIGHT: _2_ grams / ☐ NET ☒ GROSS (check one) w/ bag

| MARQUIS REAGENT | METHAMPHETAMINE REAGENT |
|---|---|
| ☒ 1. Lot # of Marquis Reagent 2098227-i | ☒ 1. Lot # of Methamphetamine Reagent 2101022-i |
| ☒ 2. The physical appearance of the evidence is consistent with illicit methamphetamine and is not a tablet, capsule, or liquid. | ☒ 2. Result of Marquis Reagent indicates sample may contain methamphetamine. |
| ☒ 3. Hold the pouch such that writing faces the operator. Backing of pouch is white. | ☒ 3. Hold the pouch such that writing faces the operator. Backing of pouch is white. |
| ☒ 4. Examine the ampule. It is intact and the liquid is colorless. | ☒ 4. Examine the ampules. There are 3 intact ampules. Reading from left to right, the liquids are colorless, light tan, and colorless. |
| ☒ 5. Remove the clip. | ☒ 5. Remove the clip |
| ☒ 6. Insert a small amount of sample using an uncontaminated instrument. | ☒ 6. Insert a small amount of sample using an uncontaminated instrument. |
| ☒ 7. Replace the clip and tap the pouch to drive the sample to the bottom. | ☒ 7. Replace the clip and tap the pouch to drive the sample to the bottom. |
| ☒ 8. Break the ampule. Agitate pouch. | ☒ 8. Break the left ampule. Agitate pouch. Break the middle ampule. Agitate pouch. Break the right ampule. Agitate pouch. |
| ☒ 9. Observe for a color change. | ☒ 9. Observe for a color change. |
| ☒ 10. Development of an orange color that changes to brown within 12 seconds, the sample may contain methamphetamine. Proceed to Methamphetamine Reagent. | ☒ 10. Immediate development of a dark blue or blue-violet color, test is positive for methamphetamine. |
| ☐ 11. Any other color reaction, result is inconclusive for methamphetamine. Terminate testing. | ☐ 11. Any other color reaction, result is inconclusive for methamphetamine. |

**SIGNATURES**

| Signature: S/o D Mumpower | Witness: S/o J. Satterly |
|---|---|

TO: Warden Nevin

From: John Melnik #30576
     4 B 33



EVERY/DAY, hour, minute, second. All I think about is the drugs that came. I try to think who & why someone would do it. I can only think of two plausible reasons ① To pay me back for robbing them of potentially 10 to $20,000 or ② they were just figuring I was such a dope fiend that once I did some dope I would want more & would have to go through them. I don't know. So I will write down everything that I was told & seen.

In April last year I went to the hole due to someone saying that the were afraid of me due to my past as a skinhead no one in level 4 or anywhere else knew I went to P.C. but the AW's wanted me to hit the yard because they thought I might be able to help with the stopping the war with ONS or maybe they wanted to set me up like they did Thumper. I told Hightower (Ryan Bell) that I can't cuz I had already gone to P.C.

A few days after that he comes back to me to talk about the hit on me by the AW's. And that Ely wanted their street program to start making moves out there so that it takes heat off of them in here when some prospect goes on a mission. Plus it would presumably keep ad min in the dark about who is made already & who isn't. As was said to me, all of us in P.C. or on Northern yard would eventually get out & where we gonna go? Most of us are

MELNIK 670: Def. MSJ Exh. A - 017

from Trailer Estates or Charleston Heights.

Originally, I was asked to let some speed come in to me through the mail & it would either come from Fred Worley, Dave Cotner who were in Unit 3 with me, or arranged by someone in 4 C/D named L.T. But I ended up going to Classification & I put them off that way by saying I was going to 7-8 Quad. The next day Hightower is back in my window saying they wanted me to take over the collection in 8 A/b 8 C/d cuz they thought he was pinching extra. For whatever reason they thought PC was the greatest place in the world to bring in dope. — who would ever expect? I thought it was the dumbest shit ever for obvious reasons. I told him, LT & Joker, I'm cool — I don't want no part of it.

By co-incidence I was moved to 8 C/D the same wing as Rick Gallion. After about a week or so, he starts hitting me up about it. In 8 A/b they had Rooster would hit for them sometimes, but he was the guy who got their needles. Chris (Morris?) would hit 1 to 2 times a month, as well as Gator (James Wardell. In 8 C/D Rick had at least 2 people maybe more, I know Moreno and his cellie & every once in a while Juan Diaz. He had no one on C pod until Wardell & his cellie moved over & then both were hitting.

Rick would always collect the next morning for
B/D at breakfast if not the same night & from
A/B the next day as soon as the yard labor would
go out. And at first he would give G.P their cut when
we would go to Gym on Thursdays, but they all got
fired so he started giving them to J.D. Webber &
Country because, they went pretty much wherever
they wanted to go.

From what I was led to believe was Cricket would
pick up from various people affiliated with Fred
Worley, James Hand, Dave Cotner, and others. I
know that Cricket would pick up alot from Kimberly
Hand and Heather Harrison. And she in turn
would mail the packages to the people she was
supposed to mail to & let Rick know what was
up whenever he called each day.

Rick & Cricket, not the smartest, she didnt want
to meet anyone new so didnt want to do street to street
payments, and Rick wanted to be able to track everything
so they decided to have people pay with brass slips. I
do not know if they ever discovered Western Union
or regular mail or credit cards for street to street
but Rick & his girlfriend did stress alot about those
brass slips.

He wanted me to know how big they were "ballin"
thinking I gave a shit & when he was high his mouth

MELNIK 670: Def. MSJ Exh. A - 019

never stopped.

The only other thing I can think of warden is while Rooster was back here, right before he left, he signed to me from the cages that he had 5 rigs if I needed one. I told him no & shot Satterly a kite and let him know because Satterly asked me to C.I for him in exchange for him and Russell going to Nash to not send me to Ely. After that I was put on the list for Ely. I cannot think of anything else warden. Thank you for taking time out for me.

John Melnik #30576
4 B 33

MELNIK 670: Def. MSJ Exh. A - 020

Warden Nivin

I wrote down the things I was told & saw with my own eyes. I tried to think how I could prove to you that I had no part in the drugs in the mail. I can't. Unless you to step back & look at this as a whole. In almost 30 years I've had exactly 2 visits. Since I've been back 9-12-13 I recieve almost no mail, I've made zero phone calls, or money, or packages I've passed every U.A. since I've been in prison except one I refused at Ely in the early 90's.

If you ~~can~~ compare this incident with every other one you see no participation on my part. none. You mentioned benefit of the doubt, thats what I'm asking for.

John Melnik

MELNIK 670: Def. MSJ Exh. A - 021