AARON D. FORD
　Attorney General
ROBERT W. DELONG, Bar No. 10022
　Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants Stacy Barret, Jay Barth, James Dzurenda, Dwight Neven, Jason Satterly, and Anthony Warren*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MELNIK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　Defendants. | Case No. 3:16-cv-00670-MMD-CBC<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES SUBMITTED TO DEFENDANT DZURENDA**<br>**(Third Request)** |

　　　Defendant James Dzurenda, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move to extend the deadline to respond to Plaintiff's interrogatories submitted to Defendant Dzurenda on February 26, 2019. Defendant respectfully requests an additional seven (7) days to respond because Defendant Dzurenda has still not had an opportunity to provide a final review of the responses. This motion is made and based upon the following memorandum of points and authorities and all of the pleadings and papers on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

　　　This is Defendant's third request for an extension of time to respond to Plaintiff's interrogatories. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant requests this seven (7) day extension to allow time to properly respond to each of the requests. This case recently has been reassigned to undersigned counsel, and Defendant Dzurenda has still not had an opportunity to conduct a final review

1

of the responses. Defendant Dzurenda has been traveling because the legislature is currently in session. Defendant respectfully requests an additional seven (7) days to respond to allow for the proper review and verification of the responses. If this motion is granted, the new deadline to respond would be Thursday, May 9, 2019. Defendant asserts that good cause exists for this Court to enlarge the time allowed for him to respond.

This request is made in good faith and not for the purpose of delay. Defendant respectfully submits that none of the parties will be prejudiced by the extension of time sought.

DATED this 2nd day of May, 2019.

AARON D. FORD
Attorney General

By: /s/ Robert W. DeLong
ROBERT W. DELONG
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division


IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 5/6/2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of May, 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES SUBMITTED TO DEFENDANT DZURENDA (Third Request)**, to the following:

John Melnik, #30576
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

_/s/ Anne Gilby_
An employee of the
Office of the Attorney General