# EXHIBIT 1

Disciplinary Forms

# EXHIBIT 1



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

### INMATE INFORMATION

INMATE NAME:   MELNIK, JOHN 30576
CURRENT LOCATION:   HDSP-U4-B-33-A; ; ;PVN
LOCATION OF INCIDENT:   HIGH DESERT STATE PRISON
                        Operations Offi
OIC#:   383030

### HEARING INFORMATION

DATE OF HEARING: 02/10/2015   TIME OF HEARING: 09:43 am
NAME OF HEARING OFFICER:   BARTH, JAY
DATE OF SERVICE OF NOTICE OF CHARGES:   12/10/2014
CHARGING EMPLOYEE:   HORLACHER, SEAN

### CHARGES AND PLEAS

| Chrg | Description | Plea |
|---|---|---|
| MJ31 | Unauthorized use equipment or mail | Not Guilty |
| MJ53 | Poss. / Sale of Intoxicants | Not Guilty |

### ADDITIONAL HEARING INFORMATION

Counsel Substitute Requested: [ ]
Name of Counsel Substitute:
Proceeding Recorded: [X]
Stat Forfeiture Possible: [X]
Potential Category: [ ]
Offender Cautioned Regarding Possible Criminal Charges and Right to Remain Silent: [X]

### WITNESS INFORMATION

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

### CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH A & B MUST BE 'YES' TO RELY ON CI)

A   CI RELIABLE: [ ]   CHECK AT LEAST ONE BOX BELOW

[ ] INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL INFORMATION IN HIS REPORT.
[ ] CORROBORATING TESTIMONY
[ ] DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST
[ ] IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE

B   STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI   [ ]

### DISCIPLINARY STATEMENT OF OFFENDER

I WAS SET UP BY THE ARYAN WARRIOR, I RECEIVED THAT ADDRESS FROM ANOTHER INMATE. I BELEIVE THAT BECAUSE I REFUSED TO PARTAKE IN THERE ILLEGAL ACTIVITIES THAT THEY ARE SETTING ME UP.

### INSTITUTION PRESENTATION

### EVIDENCE RELIED ON FOR DISCIPLINARY HEARING

| Date | UserName | Statement |
|---|---|---|
| 02/10/2015 | SGT BARTH | OFFICER REPORT, VIDEO OF THE TEST, EVIDENCE THAT IS HELD IN EVIDENCE VAULT, AND INMATE STATEMENT. |



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

### INMATE INFORMATION

INMATE NAME: MELNIK, JOHN 30576
CURRENT LOCATION: HDSP-U4-B-33-A; : ;PVN
LOCATION OF INCIDENT: HIGH DESERT STATE PRISON Operations Offi
OIC#: 383030

### HEARING INFORMATION

DATE OF HEARING: 02/10/2015   TIME OF HEARING: 09:43 am
NAME OF HEARING OFFICER: BARTH, JAY
DATE OF SERVICE OF NOTICE OF CHARGES:   12/10/2014
CHARGING EMPLOYEE: HORLACHER, SEAN

### DISCIPLINARY HEARING ACTION

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ31 | Unauthorized use equipment or mail | MJ31 | Unauthorized use equipment or mail | Guilty |
| MJ31 | Unauthorized use equipment or mail | MJ31 | Unauthorized use equipment or mail | Refer to Disciplinary Hearing |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Not Guilty |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Refer to Disciplinary Hearing |

### RESULTS OF DISCIPLINARY HEARING

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|
| 34 | REST | | | 02/10/2015 | | | ALL_REST | Your account will be frozen until the amount is determined and posted |
| 35 | DS | 18 | | 02/10/2015 | 08/10/2016 | | | |
| 36 | STAT_REF | | | 02/10/2015 | | | | STAT A |
| 40 | AG_REF | | | 02/10/2015 | | | | |

### ANCILLARY INFORMATION AND INSTRUCTIONS

[X] STAT FORFEITURE REFERRAL
[ ] RECOMMENDED CATEGORY
[X] POST DISCIPLINARY CLASSIFICATION

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Stat forfeiture possible? | Yes |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | Yes |
| Recommended Category? | Cat A |
| Potential Category? | CAT A |

Report Name: NVRSDH
Reference Name: NOTIS-RPT-OR-0066.9
Run Date:   FEB-10-15 10:47 AM

Page 2 of 3

MELNIK 670: Def. MSJ Exh. 1 - 002



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

### INMATE INFORMATION

INMATE NAME:  MELNIK, JOHN 30576
CURRENT LOCATION:    HDSP-U4-B-33-A; : ;PVN
LOCATION OF INCIDENT:   HIGH DESERT STATE PRISON
                        Operations Offi
OIC#:  383030

### HEARING INFORMATION

DATE OF HEARING: 02/10/2015    TIME OF HEARING:  09:43 am
NAME OF HEARING OFFICER:  BARTH, JAY
DATE OF SERVICE OF NOTICE OF CHARGES:      12/10/2014
CHARGING EMPLOYEE:    HORLACHER, SEAN

| | |
|---|---|
| Cautioned for Possible Criminal Charges? | Yes |
| Reminded of Right to Remain Silent? | Yes |
| Corroboration Testimony for CI Info? | No |
| Does Investigator Validate CI? | No |
| Does Chair Validate CI Source? | No |
| Are CI Documents Reliable? | No |
| Does Safety Prevent Disclosure of CI? | No |
| Was CI Info Accepted? | No |
| Parole Board Referal? | Yes |
| Post Disciplinary Classification? | Yes |
| Director Review Required? | Yes |
| Does the offender want a witness | Was asked and does not want a witness |

### SIGNATURES AND RECEIPT | DISTRIBUTION

DATE OF SERVICE: 2/10/2015  TIME OF SERVICE: 0943    I-FILE (Original)
PRINTED NAME OF HEARING OFFICER  Sgt Barth    Inmate Services (Copy)
SIGNATURE OF HEARING OFFICER _____    Inmate (Copy)
SIGNATURE OF INMATE _____
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)
WARDEN/DESIGNEE _____

Report Name: NVRSDH
Reference Name: NOTIS-RPT-OR-0066.9
Run Date:   FEB-10-15 10:47 AM

Page 3 of 3

MELNIK 670: Def. MSJ Exh. 1 - 003



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM II
## SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

### INMATE INFORMATION
INMATE NAME: MELNIK, JOHN 30576
CURRENT LOCATION: HDSP-U4-B-33-A; ; ;PVN
OIC#: 383030

### HEARING INFORMATION
DATE OF HEARING: 01/29/2015   TIME OF HEARING: 10:54 am
NAME OF HEARING OFFICER: WARREN, ANTHONY
DATE OF SERVICE OF NOTICE OF CHARGES: 12/10/2014

### IF LATE, PROVIDE EXPLANATION OF EXCEPTIONAL CIRCUMSTANCE
WORKLOAD

### CHARGES

| Chrg | Description | Plea |
|---|---|---|
| MJ31 | Unauthorized use equipment or mail | Not Guilty |
| MJ53 | Poss. / Sale of Intoxicants | Not Guilty |

### PRELIMINARY STATEMENT OF OFFENDER
NO STATEMENT AT THIS TIME

### PRELIMINARY INSTITUTION PRESENTATION
### PRELIMINARY HEARING OFFICER ACTION

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ31 | Unauthorized use equipment or mail | MJ31 | Unauthorized use equipment or mail | Refer to Disciplinary Hearing |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Refer to Disciplinary Hearing |

### RESULTS OF INFORMAL SUMMARY HEARING

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|

### EVIDENCE RELIED ON FOR PRELIMINARY HEARING

| Date | UserName | Statement |
|---|---|---|
| 01/29/2015 | SCO WARREN | OFFICER REPORT, VIDEO TAPE, EVIDENCE THAT IS CONTAINED IN THE EVIDENCE VAULT. INMATE STATEMENT |

### ADVISEMENT TO DISCIPLINARY COMMITTEE
Counsel Substitute Requested:    Name of Counsel Substitute: N

### WITNESS INFORMATION

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

Report Name: NVRSID
Reference Name: NOTIS-RPT-OR-0062.8
Run Date:   FEB-25-15 03:48 PM

Page 1 of 2



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM II
## SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

### INMATE INFORMATION

INMATE NAME: MELNIK, JOHN 30576
CURRENT LOCATION: HDSP-U4-B-33-A; : ;PVN
OIC#: 383030

### HEARING INFORMATION

DATE OF HEARING: 01/29/2015    TIME OF HEARING: 10:54 am
NAME OF HEARING OFFICER: WARREN, ANTHONY
DATE OF SERVICE OF NOTICE OF CHARGES: 12/10/2014

### SIGNATURES AND RECEIPT

DATE OF SERVICE: _____ TIME OF SERVICE: _____
PRINTED NAME OF HEARING OFFICER_____
SIGNATURE OF HEARING OFFICER _____
SIGNATURE OF INMATE _____
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

### DISTRIBUTION

Primary Hearing Officer (Original)
Charging employee (Copy)
Inmate (Copy)



# State of Nevada
# Department of Corrections
### DISCIPLINARY FORM I
### NOTICE OF CHARGES

| INMATE INFORMATION | VIOLATION INFORMATION |
|---|---|
| **INMATE NAME:** MELNIK, JOHN 30576 | **CHARGING EMPLOYEE:** C/O Solano |
| **CURRENT LOCATION:** HDSP-U4-B-33-A; : ;PVN | **DATE OF INCIDENT:** 12/10/2014 |
| **OIC#:** 383030 | **DATE CHARGES WRITTEN:** 12/10/2014 |

### CHARGES AND EVIDENCE

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ31: | Unauthorized use equipment or mail | Letter mailed to inmate Melnik containing Methamphetamine | vault |
| MJ53: | Poss. / Sale of Intoxicants | Letter mailed to inmate Melnik containing Methamphetamine | vault |

### REPORT OF VIOLATION

On November 10th, 2014 at approximately 1200 hours, I Officer K. Solano member of C.E.R.T. retrieved a kite from the C.E.R.T. mail box from an anonymous source which stated that an inmate by the nickname of, "Sad Boy" housed in, "8 D" was inappropriately utilizing U.S. Postal Service system to introduce, "Methamphetamine" into High Desert State Prison. Sad Boy was later identified as inmate Melnik, John NDOC #30576 housed in protective segregation housing unit 8D.

On November 16Th, 2014 inmate Melnik, John was placed on the Nevada Department of Corrections mail monitor system to further investigate this matter which was approved by Associate Warden B. Stroud.

On December 10th, 2014, at approximately 0800 hours, I Officer K. Solano assigned to the Correctional Emergency Response Team (C.E.R.T.) at High Desert State Prison opened a letter that was addressed to, "HDSP John Melnik ID 30576 PO Box 650 Indian Springs, NV 89070" from a, "Boo Saunders 3115 Haddock N. Las Vegas, NV 89030". The envelope contained a five page document labeled, "Notice of Privacy Practices for Golden Home Health Nevada". Upon further inspection of the contents, it was discovered that page three contained a pouch, taped from all sides, clearly indicating that it contained something. At this time, C.E.R.T. Officer S. Horlacher began to video tape the procedure. The pouch was then unsecured by removing the tape, which then revealed a clear plastic bag, approximately six inches in length, containing a white fine-grained powdery substance. At this time officer S. Horlacher and I conducted a Narcotics Identification System (NIK) to positively identify the powdery substance; officer Horlacher NIK certified as of April of 2012 and I as of June of 2014. I began the NIK testing process by utilizing Marquis Reagent A test pouch, which resulted positive for Amphetamines. A secondary test was also performed by using Marquis Reagent U test pouch, which resulted positive for Methamphetamine. A total of two grams was recovered. The whole process was videotaped, and photographs were also taken, all evidence was inventoried, and placed in the vault. Inmate Melnik was placed in Administrative segregation pending charges. End of Report

| CHARGING EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| | |

| SERVICE OF NOTICE OF CHARGES | DISTRIBUTION |
|---|---|
| **DATE OF SERVICE:** _____ **TIME OF SERVICE:** _____ | Primary Hearing Officer (Original) |
| **PRINTED NAME OF HEARING OFFICER** _____ | Charging employee (Copy) |
| **SIGNATURE OF HEARING OFFICER** _____ | |
| **SIGNATURE OF INMATE** _____ | Inmate (Copy) |

---

Report Name: NVRNOC
Reference Name: NOTIS-RPT-OR-0061.1
Run Date:   FEB-25-15 04:00 PM

Page 1 of 2

MELNIK 670: Def. MSJ Exh. 1 - 006



# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM I
## NOTICE OF CHARGES

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)