# EXHIBIT 2

Disciplinary Forms

# EXHIBIT 2



# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM I
## NOTICE OF CHARGES

### INMATE INFORMATION

**INMATE NAME:** MELNIK, JOHN 30576
**CURRENT LOCATION:** HDSP-U4-B-33-A; : ;PVN
**OIC#:** 383227

### VIOLATION INFORMATION

**CHARGING EMPLOYEE:** C/O J. Satterly
**DATE OF INCIDENT:** 12/12/2014
**DATE CHARGES WRITTEN:** 12/12/2014

### CHARGES AND EVIDENCE

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ31: | Unauthorized use equipment or mail | Letter with hidden pocket/methamphetamine/video and photos | HDSP vault |
| MJ53: | Poss. / Sale of Intoxicants | Letter with hidden pocket/metamphetamine/video and photos | HDSP vault |

### REPORT OF VIOLATION

On December 12, 2014 I Correctional Officer Satterly assigned to the Security Squad at High Desert State Prison discovered the following. At approximately 2015 after picking up the inmate mail that's been place on mail monitor I Correctional Officer Satterly noticed a piece of mail addressed to Inmate Melnik #30576. Because of a recent incident discovered by Correctional Officer Solano (IR-2014-HDSP-003139) I Correctional Officer Satterly proceeded to open this letter. After opening the letter I scanned the letter looking for a little pouch used like the above referenced Incident Report. The pouch is made out of a scan and taped to look like a normal letter. As I Correctional Officer Satterly turned to the back of the fourth page I discovered the taped pouch. I immediately notified Senior Correctional Officer Mumpower which helped open the pouch. After carefully peeling back the tape a small plastic bag with a crystal like substancewas discovered. Pictures of the envelope, pouch, and bag we're taken for evidence. The unknown crystal like substance was weighed and had a fluctuated weight between 1-2 grams. At 2020 Senior Correctional Officer Mumpower conducted a narcotics test using the Narcotics Identification Kit. The tests that we're used are Test A Marquis Reagent Lot #2098227 and Test U Methamphetamine Lot #2101022. Both of these tests are used in the identification of Amphetamines and Methamphetamines. While the substance was being tested video was taken of the process by Correctional Officer Mercado and was also witnessed by Correctional Officer Ronczka and myself. As Senior Correctional Officer Mumpower placed a small sample into Test A sealed it and broke the ampule inside. The sample immediately turned orange/brown after being agitated which confirms a positive reaction for Amphetamines. After Test A was completed Test U was conducted. Once again a small sample was placed inside the pouch and was sealed. Located inside are three ampules which are broken from left to right with the pouch being agitated for 30 seconds in between each ampule being broken. Immediately after the third ampule was broken and agitated the test turned blue which confirms a positive reaction for Methamphetamines. Pictures and video was taken of the positive results as evidence. At 2030 the testing of the Amphetamines/Methamphetamines was concluded with the positive results. At this time the narcotics was once again weighed and again fluctuated between 1-2 grams. It was then placed into evidence bag #B0000072605 and was sealed by Senior Correctional Officer Mumpower and placed into the Evidence Vault as evidence. I Correctional Officer Satterly was than instructed to complete any and all required reports. End of Report

**CHARGING EMPLOYEE SIGNATURE** _____

**SUPERVISOR SIGNATURE** _____

### SERVICE OF NOTICE OF CHARGES

**DATE OF SERVICE:** _____ **TIME OF SERVICE:** _____
**PRINTED NAME OF HEARING OFFICER** _____
**SIGNATURE OF HEARING OFFICER** _____
**SIGNATURE OF INMATE** _____

### DISTRIBUTION

Primary Hearing Officer (Original)

Charging employee (Copy)

Inmate (Copy)

---

Report Name: NVRNOC
Reference Name: NOTIS-RPT-OR-0061.1
Run Date: APR-08-15 10:53 AM

Page 1 of 2





# State of Nevada
# Department of Corrections
## *DISCIPLINARY FORM I*
## *NOTICE OF CHARGES*

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

---

Report Name: NVRNOC
Reference Name: NOTIS-RPT-OR-0061.1
Run Date:   APR-08-15 10:53 AM

Page 2 of 2

**MELNIK 670: Def. MSJ Exh. 2 - 002**



# State of Nevada
## Department of Corrections

### DISCIPLINARY FORM III
### SUMMARY OF DISCIPLINARY HEARING

## INMATE INFORMATION

INMATE NAME: MELNIK, JOHN 30576
CURRENT LOCATION: HDSP-U4-B-33-A; ; ;PVN
LOCATION OF INCIDENT: HIGH DESERT STATE PRISON Operations Offi
OIC#: 383227

## HEARING INFORMATION

DATE OF HEARING: 02/10/2015   TIME OF HEARING: 09:49 am
NAME OF HEARING OFFICER: BARTH, JAY
DATE OF SERVICE OF NOTICE OF CHARGES:   12/12/2014
CHARGING EMPLOYEE: MUMPOWER, DUSTIN

## CHARGES AND PLEAS

| Chrg | Description | Plea |
|---|---|---|
| MJ31 | Unauthorized use equipment or mail | Not Guilty |
| MJ53 | Poss. / Sale of Intoxicants | Not Guilty |

## ADDITIONAL HEARING INFORMATION

Counsel Substitute Requested: ☐
Name of Counsel Substitute:
Proceeding Recorded: [X]
Stat Forfeiture Possible: [X]
Potential Category: ☐
Offender Cautioned Regarding Possible Criminal Charges and Right to Remain Silent: [X]

## WITNESS INFORMATION

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

### CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH A & B MUST BE 'YES' TO RELY ON CI)

A   CI RELIABLE: ☐   CHECK AT LEAST ONE BOX BELOW

☐ INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL INFORMATION IN HIS REPORT.
☐ CORROBORATING TESTIMONY
☐ DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST
☐ IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE

B   STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI ☐

## DISCIPLINARY STATEMENT OF OFFENDER

I WAS SET UP BY THE ARYAN WARRIOR, I RECEIVED THAT ADDRESS FROM ANOTHER INMATE. I BELEIVE THAT BECAUSE I REFUSED TO PARTAKE IN THERE ILLEGAL ACTIVITIES THAT THEY ARE SETTING ME UP.

## INSTITUTION PRESENTATION

## EVIDENCE RELIED ON FOR DISCIPLINARY HEARING

| Date | UserName | Statement |
|---|---|---|
| 02/10/2015 | SGT BARTH | OFFICER REPORT, VIDEO OF THE TEST, EVIDENCE THAT IS HELD IN EVIDENCE VAULT, AND INMATE STATEMENT. |



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

### INMATE INFORMATION

INMATE NAME: MELNIK, JOHN 30576
CURRENT LOCATION: HDSP-U4-B-33-A; : ;PVN
LOCATION OF INCIDENT: HIGH DESERT STATE PRISON Operations Offi
OIC#: 383227

### HEARING INFORMATION

DATE OF HEARING: 02/10/2015   TIME OF HEARING: 09:49 am
NAME OF HEARING OFFICER: BARTH, JAY
DATE OF SERVICE OF NOTICE OF CHARGES: 12/12/2014
CHARGING EMPLOYEE: MUMPOWER, DUSTIN

### DISCIPLINARY HEARING ACTION

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ31 | Unauthorized use equipment or mail | MJ31 | Unauthorized use equipment or mail | Guilty |
| MJ31 | Unauthorized use equipment or mail | MJ31 | Unauthorized use equipment or mail | Refer to Disciplinary Hearing |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Not Guilty |
| MJ53 | Poss. / Sale of Intoxicants | MJ53 | Poss. / Sale of Intoxicants | Refer to Disciplinary Hearing |

### RESULTS OF DISCIPLINARY HEARING

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|
| 37 | REST | | | 02/10/2015 | | | ALL_REST | Your account will be frozen until the amount is determined and posted |
| 38 | DS | 18 | | 08/10/2016 | 02/10/2018 | | | |
| 39 | STAT_REF | | | 02/10/2015 | | | | STAT A |
| 41 | AG_REF | | | 02/10/2015 | | | | |

### ANCILLARY INFORMATION AND INSTRUCTIONS

[X] STAT FORFEITURE REFERRAL
[ ] RECOMMENDED CATEGORY
[X] POST DISCIPLINARY CLASSIFICATION

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Stat forfeiture possible? | Yes |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | Yes |
| Recommended Category? | Cat A |
| Potential Category? | CAT A |

Report Name: NVRSDH
Reference Name: NOTIS-RPT-OR-0066.9
Run Date: APR-08-15 10:55 AM

Page 2 of 3



**MELNIK 670: Def. MSJ Exh. 2 - 004**



# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: MELNIK, JOHN 30576 | DATE OF HEARING: 02/10/2015   TIME OF HEARING: 09:49 am |
| CURRENT LOCATION: HDSP-U4-B-33-A; ;PVN | NAME OF HEARING OFFICER: BARTH, JAY |
| LOCATION OF INCIDENT: HIGH DESERT STATE PRISON Operations Offi | DATE OF SERVICE OF NOTICE OF CHARGES:   12/12/2014 |
| OIC#: 383227 | CHARGING EMPLOYEE: MUMPOWER, DUSTIN |

| | |
|---|---|
| Cautioned for Possible Criminal Charges? | Yes |
| Reminded of Right to Remain Silent? | Yes |
| Corroboration Testimony for CI Info? | No |
| Does Investigator Validate CI? | No |
| Does Chair Validate CI Source? | No |
| Are CI Documents Reliable? | No |
| Does Safety Prevent Disclosure of CI? | No |
| Was CI Info Accepted? | No |
| Parole Board Referal? | Yes |
| Post Disciplinary Classification? | Yes |
| Director Review Required? | Yes |
| Does the offender want a witness | Was asked and does not want a witness |

### SIGNATURES AND RECEIPT | DISTRIBUTION

DATE OF SERVICE: _____ TIME OF SERVICE: _____   I-FILE (Original)

PRINTED NAME OF HEARING OFFICER_____   Inmate Services (Copy)

SIGNATURE OF HEARING OFFICER _____   Inmate (Copy)

SIGNATURE OF INMATE _____
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

WARDEN/DESIGNEE _____

---

Report Name: NVRSDH
Reference Name: NOTIS-RPT-OR-0066.9
Run Date:   APR-08-15 10:55 AM

Page 3 of 3

**MELNIK 670: Def. MSJ Exh. 2 - 005**