# EXHIBIT 4

## Institutional Case Management

# EXHIBIT 4

