# AUTHENTICATING DECLARATION OF CHRISTOPHER FRANKLIN

## DECLARATION OF CHRISTOPHER FRANKLIN

I, Christopher Franklin, being first duly sworn, under penalty of perjury under the laws of the United States deposes and says:

1. I am employed by the Nevada Department of Corrections ("NDOC"), as an Management Analyst IV and have been employed by the NDOC since August 23, 1999;

2. In my capacity as an Management Analyst IV for the NDOC, I have been designated by the NDOC as a custodian of record, wherein I maintain custody over the Administrative Regulations ("AR"), which paper copies are maintained in file cabinets in a controlled area within the NDOC in the ordinary course of business. Therefore, I have personal knowledge of the matters asserted herein and am competent to testify thereto, save for those matters asserted on information and belief, and for those matters, I am informed and believe them to be true;

3. In connection with the filing of this Declaration, I was contacted by the Nevada Attorney General's Office, who, on information and belief, represents the Defendants in the matter entitled *Melnik v. Dzurenda, et al.*, now proceeding in the United State District Court, District of Nevada, as Case Number 3:16-cv-00670-MMD-VPC. It was requested that I provide truthful and accurate information concerning the authentication of certain documents, in support of legal briefs that Defendants intend to file with the Court and for other proper purposes;

4. I hereby certify that attached hereto as Exhibit 3, is a true and correct copy of NDOC Administrative Regulation ("AR") 707.1, "Inmate Disciplinary Manual," effective August 28, 2009. This regulation is maintained in the ordinary course of business.

FURTHER I declare under penalty of perjury pursuant to 28 U.S.C § 1746 that the foregoing is true and correct.

EXECUTED this 26th day of June, 2019.

_____
Christopher Franklin

1