# AUTHENTICATING DECLARATION OF MONIQUE HUBBARD-PICKETT

**DECLARATION OF MONIGUE HUBBARD-PICKET**

I, Monique Hubbard-Picket, being first duly sworn, under penalty of perjury under the laws of the United States deposes and says:

1. I am employed as an Associate Warden at High Desert State Prison ("HDSP") a correctional facility within the statewide prison system operated by the Nevada Department of Corrections ("NDOC"), having my place of employment in Indian Springs, Nevada;

2. In my capacity as an Associate Warden at HDSP, I have knowledge of the processes by which inmate institutional grievances and institutional files are received, indexed, stored, maintained, archived, and subsequently searched and retrieved within the NDOC and HDSP, whether in electronic form or paper form, in the ordinary course of the operations of prison administration;

3. In my capacity as Associate Warden at HDSP, I have access to the "hard copy," paper files in which the original, hand-written copies of Inmate Institutional Grievances and files which are maintained in the ordinary course of the operations of prison administration;

4. Pursuant to NRS 209.351, the powers vested in and appointments made by the Director of the NDOC, and Administrative Regulation ("AR") 560, my duties as the Associate Warden of HDSP include being responsible for the supervision of the institutional files for inmates incarcerated at HDSP;

5. Accordingly, I am a custodian of records for Inmate Institutional Grievance Files and Institutional Files of all inmates who currently reside at HDSP, and I have personal knowledge of the matters asserted herein and am competent to testify thereto, save for those matters asserted on information and belief, and for those matters, I am informed and believe them to be true;

6. In connection with the filing of this Declaration, I was contacted by the Attorney General's Office, who, on information and belief, represents the Defendants in the matter *Melnik v. Dzurenda, et al.,* now proceeding in the United States District Court, District of Nevada as Case Number 3:16-cv-00670-MMD-VPC. It was requested that I provide truthful and accurate information regarding the authentication of certain documents in support of a brief that Defendants intend to file with the Court and for other proper purposes;

7. I hereby certify that attached hereto as Exhibit 1, is a true and correct copy Offender in Custody ("OIC") Number 383030, as charged against inmate John Melnik #383030. Specifically

attached are Disciplinary Form I: Notice of Charges: Disciplinary Form II: Summary of Hearing Officer's Inquiry and Disciplinary Form III: Summary of Disciplinary Hearing. This document is maintained in inmate Melnik's I-File in the ordinary course of business;

8. I hereby certify that attached hereto as Exhibit 2, is a true and correct unsigned copy of OIC Number 383227, as charged against inmate Melnik. Specifically attached are Disciplinary Form I: Notice of Charges, and Disciplinary Form III: Summary of Disciplinary Hearing. The signed version of OIC 383227 could not be located, however, this is a true and correct copy of the signed version. This document is maintained in inmate Melnik's I-File in the ordinary course of business;

9. I hereby certify that attached hereto as Exhibit 4, is a true and correct copy of a NOTIS printout entitled "Case Notes." This printout shows specifically the entry dated September 24, 2015, regarding inmate Melnik. This report is run and maintained in the ordinary course of business.

FURTHER, I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 25 day of June, 2019.

_____
Monique Hubbard-Picket