1  AARON D. FORD
    Attorney General
2  AUSTIN T. BARNUM, Bar No.15174
    Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  555 East Washington Ave, Suite 3900
   Las Vegas, Nevada 89101
5  Tel: (702) 486-4070
   E-mail:  abarnum@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Stacy Barret, Jay Barth, James Dzurenda,*
   *Dwight Neven, Jason Satterly,*
8  *and Anthony Warren*

9

10               **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12  JOHN MELNIK,
                                        Case No.  3:16-cv-00670-MMD-CLB
13                 Plaintiff,

14  vs.                                 **NOTICE OF APPEAL**

15  JAMES DZURENDA, et al.,

16                 Defendants.

17        Defendants, Stacy Barret, Jay Barth, James Dzurenda, Dwight Neven, Jason Satterly and Anthony

18  Warren, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Austin T.

19  Barnum, Deputy Attorney General, hereby appeal to the United States Court of Appeals for the Ninth

20  Circuit from this Court's February 11, 2010, Order (ECF No. 69) rejecting the Report and

21  Recommendation, denying Defendants' Motion For Summary Judgment and granting Plaintiff's Cross-

22  Motion for Summary Judgment. Specifically, Defendants appeal the District Court's granting of

23  Plaintiff's cross-motion for summary judgment and denial of Defendants' motion summary judgment as

24  to Defendants' alleged violations of Plaintiff's Fourteenth Amendment Due Process rights and as to

25  Defendants' qualified immunity. *See generally Knox v. Southwest Airlines*, 124 F.3d 1103, 1107 (9th Cir.

26  1997) ("[W]e have jurisdiction over an interlocutory appeal from the denial of qualified immunity where

27  the appeal focuses on whether the defendants violated a clearly established law given the undisputed facts

28  / / /

                                        1

1  . . . ."). Because this Notice of Appeal is being filed within thirty (30) days of the Order, the appeal has

2  been timely brought.

3        The required Representation Statement pursuant to 9th CIR. R. 3–2(b) is attached hereto.

4        DATED this 4th day of March, 2020.

5

                    AARON D. FORD
                    Attorney General

6

                    By:     */s/ Austin T. Barnum*

7

                              AUSTIN T. BARNUM, Bar No. 15174
                              Deputy Attorney General

8

9

                    *Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**REPRESENTATION STATEMENT**

2        Pursuant to FED. R. APP. P 12(a) & (b) and 9TH CIR. R. 3–2, Defendants note that the following

3    individuals are the parties and counsel in this matter:

4            Plaintiff-Appellee John Melnik

5                    Plaintiff Pro Se
                c/o High Desert State Prison
6                P.O. Box 650
                Indian Springs, Nevada  89070
7

8        Defendant - Stacy Barret

9        Defendant - Jay Barth

10        Defendant - James Dzurenda

11        Defendant - Dwight Neven

12        Defendant - Jason Satterly

13        Defendant - Anthony Warren

14
                    AUSTIN T. BARNUM (Bar No. 15174)
15                Deputy Attorney General
                State of Nevada
16                Office of the Attorney General
                555 East Washington Avenue
17                Suite 3900
                Las Vegas, Nevada  89101
18                (702) 486-4070

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3  on this 4th day of March, 2020, I caused to be deposited for mailing in the U.S. Mail a copy of the

4  foregoing, **NOTICE OF APPEAL**, to the following:

5

6  John Melnik, #30576
High Desert State Prison
P.O. Box 650
7  Indian Springs, NV 89070

8

9                                    */s/ Laure Penny*
                                An employee of the
10                               Office of the Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28