FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2020

"NO COPY"

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

John Melnik #30576
HDSP- P.O. Box 650
Indian Springs, NV. 89070

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Melnik, <br>     Plaintiff, <br> -v- <br> James Dzurenda, et al., <br>     Defendants. | Case no: <br> 3:16-cv-00670-MMD-CLB <br><br> * Motion to Extend Prison copy work Limit on Additional $50.00 |

Comes now above named Plaintiff appearing Pro-se (with the assistance of Inmate Counsel substitute Jesse A. Ross #1095756), To Respectfully request the Court order a $50.00 copywork extension. This motion is based upon the papers and pleadings on file, the attached memorandum of Points and Authorities and any oral arguement permitted @ the hearing of this matter.

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. LEGAL ARGUEMENT

Plaintiff housed within NDOC. is subject to a $100.00 limit on legal copies plaintiff is currently @ 98.40 Plaintiff requests the court extend the copy work limit to 148.40. Plaintiff has been Granted summary Judgement (ECF No:69).

The state has appealed to the 9th Cir. this will require plaintiff to submit Briefs and Exhibits

Plaintiff has no right to unlimited free copies (Johnson-v-Moore, 926 F.2d 921 @ 925 [9th Cir. 1991]).

Plaintiff does not seek free unlimited copy work, Just an increase in the debt cieling of his copy work, which will be paid back to the prison (Gluth-v-kangas, 951 F.2d 1504 [9th Cir. 1991]).

Therefore Plaintiff Respectfully requests This Court issue a court order extending Plaintiff's copywork debt limit to 148.40

3-15-2020

X John Melnik
John Melnik
Pro-se - Plaintiff

Melnik -v- Dzurenda, et al., USDC NV: 3:16-CV-00670-MMD-CLB

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, John Melnik, declare:

I am over 18 years of age and a party to this action. I am a resident of H.D.S.P. Prison, in the county of Clark County, Nevada,

My prison address is: P.O. Box 650 Indian Springs, NV. 89070

On 3-15-20 (DATE),

I served the attached: Motion to extend prison copywork Limit on additional $50.00 (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Austin T. Barnum - NV-AGo
555 E. Washington Ave. Las Vegas, NV. 89101

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 3-15-20 (DATE)

_John Melnik_ (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)