**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN MELNIK,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>  Defendants. | Case No. 3:16-CV-00670-MMD-CLB<br><br>**ORDER DENYING AS MOOT MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>[ECF Nos. 98, 99] |

Plaintiff John Melnik ("Melnik") filed a motion to enforce settlement agreement claiming that Defendants failed to remove $1,961.26 in institutional debt from Melnik's account. (ECF No. 98, 99.)[1] Defendants responded to the motion providing a copy of Melnik's account transaction summary evidencing removal of $1,961.26 in debt on March 8, 2022 as agreed. (ECF No. 100.) Therefore,

Melnik's motion to enforce settlement agreement is **DENIED as moot.** (ECF No. 98, 99.) The Court will not order sanctions as requested by Defendants; however, Melnik is cautioned that should he have any further concerns regarding the settlement agreement, he must meet and confer with defense counsel before filing any motion with this Court.

DATED: April 5, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] ECF Nos. 98 and 99 are duplicate documents.